```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
UNITED STATES OF AMERICA,                  :
                                           :
                  Plaintiff,               :
                                           :    92 Civ. 9001 (BSJ)
            v.                             :
                                           :    Order
NEW YORK STATE DIVISION OF THE LOTTERY,    :
ET AL.,                                    :
                                           :
                  Defendants.              :
------------------------------------------x
```

**BARBARA S. JONES**
**UNITED STATES DISTRICT JUDGE**

    As a judgment in favor of the United States of America was previously entered in this matter, the Clerk of the Court is hereby directed to close the case.

**SO ORDERED:**

_(signature)_
BARBARA S. JONES
UNITED STATES DISTRICT JUDGE

Dated:   New York, New York
         May 8, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/9/08